IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REYNALDO MARTINEZ,<br><br>        Plaintiff,<br>  v.<br><br>COMCAST CORPORATION,<br><br>        Defendant.<br>_____/ | No. C 13-00878  RS<br><br>**CASE MANAGEMENT SCHEDULING ORDER** |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on May 30, 2013. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

    1.    ALTERNATIVE DISPUTE RESOLUTION.

    EARLY NEUTRAL EVALUATION. The parties are hereby REFERRED to Magistrate Judge Grewal for the purpose of conducting an early neutral evaluation to take place within the next one hundred twenty (120) days, if possible.

    2.    DISCOVERY.

    On or before May 16, 2014 all non-expert discovery shall be completed by the parties. Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b) twenty-

1 five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of
2 requests for production of documents or for inspection per party; and (d) a reasonable number of
3 requests for admission per party.

4      3.    DISCOVERY DISPUTES.

5 Discovery disputes will be referred to a Magistrate Judge.  After the parties have met and
6 conferred, the parties shall prepare a joint letter of not more than 8 pages explaining the dispute.
7 Up to 12 pages of attachments may be added.  The joint letter must be electronically filed under
8 the Civil Events category of "Motions and Related Filings >Motions--General > Discovery
9 Letter Brief."  The Magistrate Judge to whom the matter is assigned will advise the parties of
10 how that Judge intends to proceed.  The Magistrate Judge may issue a ruling, order more formal
11 briefing, or set a telephone conference or a hearing.  After a Magistrate Judge has been assigned,
12 all further discovery matters shall be filed pursuant to that Judge's procedures.

13      4.    EXPERT WITNESSES.  The disclosure and discovery of expert witnesses shall
14 proceed as follows:

15 A. On or before April 4, 2014, parties will designate experts in accordance with Federal
16 Rule of Civil Procedure 26(a)(2).

17 B. On or before April 25, 2014, parties will designate their supplemental and rebuttal
18 experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

19 C. On or before May 16, 2014, all discovery of expert witnesses pursuant to Federal
20 Rule of Civil Procedure 26(b)(4) shall be completed.

21      5.    FURTHER CASE MANAGEMENT CONFERENCE.  A Further Case
22 Management Conference shall be held on **May 15, 2014 at 10:00 a.m.** in Courtroom 3, 17th
23 Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  The
24 parties shall file a Joint Case Management Statement at least one week prior to the Conference.

25      6.    PRETRIAL MOTIONS.  All pretrial motions must be filed and served pursuant to
26 Civil Local Rule 7.  All pretrial motions shall be heard no later than **June 5, 2014**.

27
28
                                                                                                                          CASE MANAGEMENT SCHEDULING ORDER

7. PRETRIAL CONFERENCE. The final pretrial conference will be held on **July 31, 2014 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. Each party or lead counsel who will try the case shall attend personally.

8. TRIAL DATE. A jury trial shall commence on **August 11, 2014 at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

DATED:   5/301/3

_____
RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER