IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REYNALDO MARTINEZ,<br><br>   Plaintiff,<br><br>   v.<br><br>COMCAST CORPORATION and DOES 1-50,<br><br>   Defendants.<br>_____/ | No. CV 13-00878 RS<br><br>**ORDER REFERRING CASE FOR SETTLEMENT CONFERENCE** |

   This matter is hereby REFERRED Magistrate Judge Grewal for the purpose of conducting an early settlement conference to take place, ideally, within the next one hundred twenty (120) days.

   IT IS SO ORDERED.

Dated: 6/5/13

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. 13-00878 RS
ORDER