DANIEL RAY BACON, ESQUIRE, SB# 103866
LAW OFFICES OF DANIEL RAY BACON
234 Van Ness Avenue
San Francisco, California 94102-4515
Telephone: (415) 864-0907
Facsimile:  (415) 864-0989
email: bacondr@aol.com

Attorneys for Plaintiff
RENALDO MARTINEZ

JUDITH DROZ KEYES, SB# 66408
ANNE DAHLGREN, SB# 261390
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: jkeyes@dwt.com
        Annedahlgren@dwt.com

E-filing

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN  DISTRICT OF CALIFORNIA

SAN FRANCISCO  DIVISION

| | |
|---|---|
| REYNALDO  MARTINEZ,<br><br>Plaintiff,<br><br>vs.<br><br>COMCAST CORPORATION<br><br>Defendant. | CASE NO.: CV-13-00878-RS<br><br>ORDER<br>STIPULATION OF THE PARTIES TO EXTEND DATES FOR EXPERT DISCLOSURE AND EXPERT AND NON-EXPERT DISCOVERY CUT-OFF.<br><br>Court:     Courtroom 3, 17th Flr.<br>Judge:     Hon. Richard Seeborg<br>Trial Date:   August 11, 2014 |

Pursuant to Local Rules 6-2 and 7-12, Plaintiff Reynaldo Martinez and Defendant Comcast Corporation hereby stipulate and request as follows:

Whereas the parties were supposed to have a settlement conference with Magistrate Paul S. Grewal in September of 2013 and held off on conducting most discovery until the settlement conference was held, and given that the parties were not able to have a settlement conference with Judge Grewal until January 15, 2014 due to the judge's busy schedule; and

Whereas the parties have had difficulty completing the doctors' depositions due to their busy schedules, and the parties have not completed all of the depositions necessary to prepare for trial and have had recent further productions of documents,

Whereas the parties have not requested any previous extensions of time with the court and Good Cause appearing, the parties seek the following extensions of time in order to prepare for trial:

1. The Court's current deadlines are:

    a. Expert Disclosure:  April 4, 2014
    b. Supplemental and Rebuttal Experts:  April 25, 2014
    c. Expert Discovery cut-off:  May 16, 2014
    d. Non-Expert Fact Discovery cut-off:  May 16, 2014

7. Under the stipulated extension, these deadlines would become:

    a. Expert Disclosure:  May 5, 2014
    b. Supplemental and Rebuttal Experts:  May 26, 2014
    c. Expert Discovery cut-off:  June 16, 2014
    d. Non-Expert Fact Discovery cut-off:  June 16, 2014

Therefore, the parties request an order adopting these amended dates for expert disclosure and expert and non-expert discovery cut-off.

IT IS SO STIPULATED.

STIPULATION OF THE PARTIES TO EXTEND DATES FOR EXPERT DISCLOSURE AND EXPERT AND NON-EXPERT DISCOVERY CUT-OFF AND PROPOSED ORDER            - 1 -

| | | |
|---|---|---|
| 3 | DATED: | LAW OFFICES OF DANIEL RAY BACON |
| 4 | April 2, 2014 | /s/ Daniel Ray Bacon |
| 5 | | DANIEL RAY BACON<br>ATTORNEYS FOR PLAINTIFF |

DAVIS WRIGHT TREMAINE LLP

DATED:

April 2, 2014                              /s/ Anne Dahlgren

ANN DAHLGREN
JUDITH DROZ KEYES
ATTORNEY FOR DEFENDANT
COMCAST

SIGNATURE ATTESTATION

I, Daniel Ray Bacon, attest that I obtained the concurrence of Ann Dahlgren in filing this document. I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated: April 2, 2014.                      /s/ Daniel Ray Bacon

DANIEL RAY BACON
PLAINTIFF'S COUNSEL
REYNALDO MARTINEZ

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS ORDERED THAT THE CASE MANAGEMENT ORDER BE AMENDED WITH THE FOLLOWING CHANGES:

   a. Expert Disclosure:                           May 5, 2014

1   b. Supplemental and Rebuttal Experts:        May 26, 2014

2   c. Expert Discovery cut-off:                 June 16, 2014

3   d. Non-Expert Fact Discovery cut-off:        June 16, 2014

6   DATED: 4/3/14

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION OF THE PARTIES TO EXTEND DATES
FOR EXPERT DISCLOSURE AND EXPERT AND NON-
EXPERT DISCOVERY CUT-OFF AND
PROPOSED ORDER                - 3 -